IN THE COURT OF APPEALS OF TENNESSEE
AT KNOXVILLE
May 13, 2002 Session

## IN RE: MADELAINE SIERRA REDMAN, RAY H. BOWEN, JR., and MARTHA L. BOWEN v. NATHAN SCOTT REDMAN

**Appeal from the Circuit Court for Hawkins County**
**No. 9578**

**FILED JULY 22, 2002**

**No. E2001-02730-COA-R3-CV**

CHARLES D. SUSANO, JR., J., concurring.

I concur in Judge Franks' opinion. In doing so, I note the correctness of Judge Franks' statement that "[t]he father does not argue that the statute [*i.e.*, T.C.A. §§ 36-6-306 and -307] relied upon by the Trial Court is unconstitutional." The record is clear that the Attorney General was not put on notice of a constitutional challenge. *See* Tenn. R. Civ. P. 24.04. In concurring in the majority opinion, I adhere to the thoughts expressed by me in ***Dugan v. Myers***, C/A No. E2001-00281-COA-R3-JV, 2001 Tenn. App. LEXIS 716 (Tenn. Ct. App. E.S., filed September 24, 2001) (Susano, J., concurring), *no perm. app. requested*, and ***Terry v. Botts***, C/A No. E2000-01288-COA-R3-CV, 2001 Tenn. App. LEXIS 103 (Tenn. Ct. App. E.S., filed February 22, 2001) (Susano, J., concurring), *no perm. app. requested.*

_____
CHARLES D. SUSANO, JR., JUDGE